IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHEENA MORGAN, et al.,

    Plaintiffs,                    No. CIV S-06-1123 FCD KJM PS

    vs.

STATE OF TEXAS, et al.,

    Defendants.          <u>ORDER</u>

_____/

    Plaintiffs have filed a civil rights action under 42 U.S.C. § 1983. The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

    In this case, the substantial part of the event giving rise to plaintiffs' claim arose in the Southern District of Texas. Therefore, plaintiff's claim should have been filed in the United States District Court for the Southern District of Texas. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. <u>See</u> 28 U.S.C.

1

1 § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

2              Accordingly, IT IS HEREBY ORDERED that:

3         1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and

4         2. This matter is transferred to the United States District Court for the Southern

5 District of Texas.

6 DATED:  June 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
morgan.tra

2